| Case No. | SACV 17-00832-CJC (JDEx) | Date | September 21, 2018 |
|---|---|---|---|
| Title | Mindspeed Technologies, Inc. v. Broadband Technology 2000 Ltd. et al | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present   None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT

The Court, having been advised by the Joint Ex Parte Application to hold case in abeyance pending Request to Hold Ruling on Pending Motion for Summary Judgment Pending Completion of Settlement [63], here by orders this action dismissed without prejudice.   The Court hereby orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for sixty (60) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.   This order shall not prejudice any party in this action.

                                                          -      :    -

                               Initials of Deputy Clerk    mku

cc: